UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REBECCA MACIAS,<br><br>                Plaintiff,<br><br>        v.<br><br>EQUIFAX, INC., et al.,<br><br>                Defendants. | Case No.16-CV-01502-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Elliot Gale
Defendant JPMorgan Chase's Attorney: Thomas Quinn
Defendant Equifax's Attorney: David Joerger

  An initial case management conference was held on June 22, 2016.  A further case management conference is set for September 14, 2016, at 2:00 p.m.  The parties shall file their joint case management statement by September 7, 2016.

  Plaintiff Rebecca Macias ("Plaintiff") and Defendant Equifax, Inc. shall file a stipulation of dismissal by July 6, 2016.

  The parties shall exchange initial disclosures by August 11, 2016.

  The parties shall file a stipulated protective order for Judge Lloyd's signature by August 11, 2016.

  For the reasons stated on the record, the Court GRANTED Defendant JPMorgan Chase

1

Case No. 16-CV-01502-LHK
CASE MANAGEMENT ORDER

Bank N.A.'s ("JPMorgan") Motion to Dismiss with leave to amend. *See* ECF No. 18. Plaintiff shall file an amended complaint by July 6, 2016. Failure to meet the July 6, 2016, deadline to file an amended complaint or failure to cure the deficiencies identified in the Motion to Dismiss will result in a dismissal with prejudice. The Court vacated the hearing on the JPMorgan Motion to Dismiss set for July 28, 2016, at 1:30 p.m.

The Court extended the deadline for Plaintiff and JPMorgan to complete early neutral evaluation to October 31, 2016.

The Court set the following case schedule:

| Scheduled Event | Date |
| --- | --- |
| Last Day to Amend the Pleadings/Add Parties | September 12, 2016 |
| Opening Expert Reports | December 2, 2016 |
| Rebuttal Expert Reports | December 21, 2016 |
| Close of Fact and Expert Discovery | January 18, 2017 |
| Last Day to File Dispositive Motions (one per side in the entire case) | February 2, 2017 |
| Hearing on Dispositive Motions | March 9, 2017, at 1:30 p.m. |
| Final Pretrial Conference | May 4, 2017, at 1:30 p.m. |
| Jury Trial | May 22, 2017, at 9:00 a.m. |
| Length of Trial | 1 day |

**IT IS SO ORDERED.**

Dated: June 22, 2016

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge